IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAZARIO BURGOS,<br>Plaintiff, | : CIVIL ACTION<br>:<br>: |
| v. | : NO. 06-2497<br>: |
| MARY CANINO, et al.,<br>Defendants. | :<br>: |

### ORDER

**AND NOW**, this 20th day of July, 2009, upon consideration of the Motion for Summary Judgment and Dismissal for defendants Hearing Examiner Mary Canino, Superintendent David DiGuglielmo, Administrative Officer Levi Hosband, Activities Manager Tony Wolfe, CO III Day, CO I Cuddeback, and CO I Adriano Carrete (Doc. #69), and the plaintiff's response thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** as to all counts of the Amended Complaint.

It is further **ORDERED** that, upon consideration of the Motion for Summary Judgment and Dismissal for defendants Lieutenant M. Doyle, CO I Scott Davies, CO I Kyungkuk Cho, and CO I Michael Barrata (Doc. #109), and the plaintiff's response thereto, Defendant's Motion is **GRANTED** as to all counts of the Amended Complaint.

It is further **ORDERED** that the Motion for Summary Judgment of Plaintiff Nazario Burgos (Doc. #118) is **DENIED** on all counts.[1]

_____
ANITA B. BRODY, J.

---

[1] The only remaining defendant is Lieutenant Smith who has failed to move for summary judgment.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

C:\Documents and Settings\ABB-Int1\Desktop\Burgos v. Canino -- SJ order.wpd